384

631 A.2d 453

Catherine M. ORR

v.

William Donald ORR.

No. 36, Sept. Term, 1993.

Court of Appeals of Maryland.

Oct. 6, 1993.

Richard D. Rosenthal, Baltimore, for petitioner.

Matthew C. Emery (Robert L. Fila, Fila, Schwartz & Bloomberg, all on brief), Columbia, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROSALYN B. BELL, JJ.

ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 6th day of October, 1993

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.